Standard Oil Company of Indiana, appellant, v. Walter A. Hitz, appellee. Gen. No. 7,735.

Action to recover for defalcations. Judgment for defendant. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed January 23, 1928. Rehearing denied March 1, 1928.

Le Forgee, Black & Samuels and Morris & South, for appellant; Chauncey W. Martyn and Harry A. Daugherty, of counsel. J. W. Kern and C. G. Mirschi, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

In re estate of Frank McArdle, deceased. Objections to final report of Kate McArdle, executrix, appellee, v. John McArdle and Bernard R. McArdle, objectors, appellants. Gen. No. 7,774.

Objections to executrix's accounting. Sustained in part and overruled in part. Appeal from the Circuit Court of Grundy county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded with directions. Opinion filed January 23, 1928.

Smith & Holderman, for appellants. J. W. Rausch, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

R. P. Smith & Sons Company, appellee, v. Z. Twyman, appellant. Gen. No. 7,777.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Warren county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed January 23, 1928.

Charles E. Lauder and Frederick H. Lauder, for appellant. Hanley & Cox and Murphy & Kritzer, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

Michigan Central Railroad Company, appellee, v. Peoria & Pekin Union Railway Company, appellant, and Harry I. Battles, receiver, operating Peoria Railway Terminal Company, defendant. Gen. No. 7,817.

Assumpsit for burned freight cars. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1927. Reversed and remanded. Opinion filed January 23, 1928. Rehearing denied and opinion slightly modified March 2, 1928.

Barnes, Magoon & Horton, for appellant. Quinn & Quinn, for appellee. Frank T. Miller and Bruce E. Dwinell, for receiver.

Mr. Justice Boggs delivered the opinion of the court.